COMPLAINT by A PRISONER UNDER THE
CIVIL RIGHT ACT 42 U.S.C 1983

NAME __WEAVER__ __WILLIE__ ____
        (LAST)      (FIRST)   (INITIAL)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY
STATE PRISON P.O. BOX 7000 CRESCENT
CITY, CA. 95531.__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME
OF PLAINTIFF IN THIS
ACTION)

VS.

PELICAN BAY STATE
PRISON B. FACILITY
P.S.U SECURITY
LEGAL LAW LIBRARY
SHU. 03/09/08.
(ENTER THE FULL NAME OF
DEFENDANT(S) IN THIS ACTION

CASE NO. CV 08 1499 JW
(TO BE PROVIDED
BY THE CLERK OF
COURT)

(PR)

COMPLAINT UNDER
THE CIVIL RIGHT
ACT 42 U.S.C 1983

ALL QUESTIONS ON THIS COMPLAINT FORM
MUST BE ANSWERED IN ORDER FOR YOUR
ACTION TO PROCEED..)
1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMINIST-
-RATIVE REMEDIES BEFORE CLAIM CAN
GO FORWARD, THE COURT WILL DISMISS
ANY UN EXHAUSTED CLAIMS)
A. PLACE OF PRESENT CONFINEMENT __P.S.U__
B. IS THERE A GRIEVANCE PROCEDURE IN
   THIS INSTITUTION? YES (✗) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR
COMPLAINT FOR REVIEW THROUGH THE
APPEAL NUMBER AND THE DATE AND
RESULT OF THE

COMPLAINT     - 1 -

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU? YES ( ) NO ( )

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES

A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT. PELICAN BAY STATE PRISON B-FACILITY P.S.U SECURITY LEGAL LAW LIBRARY SHU

COMPLAINT       - 2 -

STATEMENT OF CLAIM

STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE, BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES, IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

PLAINTIFF IS P.L.U STATUS FOR CASE NO CV-08-0962 DEAD LINE FOR MARCH 15. 2008 AND WAS DENIED ACESS TO LEGAL LAW LIBRARY SHO\ WITH VERFIED COURT DEADLINE ON P.L.U STATUS THE DATE MISSED WAS ON 03/09/08 THE DEFENDANT(S) SHOWED DELIBERATE INDIFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT

IV. RELIEF

YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU MAKE NO LEGAL ARGUMENTS! CITE NO CASES OR STATUTES!

LIABILITY DAMAGES : 25.000 TWENTY FIVE THOUSAND DOLLARS DUE TO : HARRASSMENT, CONSPIRACY, U.S. CONSTITUTION VIOLATION, PENAL CODE VIOLATION

PUNITIVE DAMAGES : 25,000 TWENTY FIVE THOUSAND DOLLARS DUE TO : MENTAL ANGUISH, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

SIGNED THIS __03__ day of __12__ 2008

COMPLAINT           - 3 -



WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA
95531.

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

CONFIDENTIAL
LEGAL MAIL